IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HAROLD ATENCIO,**

    **Plaintiff,**

v.                                     Case No. 1:23-CV-00331-JFR-JMR

**SAM BREGMAN,**
    in his official capacity as
    the District Attorney of the
    Second Judicial District, and

    **Defendants.**

### CORRECTED NOTICE OF VOLUNTARY PARTIAL DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Raul Torrez, in his official capacity as Attorney General for the State of New Mexico, and Lauren Keefe, in her official capacity as the City Attorney of the City of Albuquerque.

                                                        Respectfully submitted,

Date: June 2, 2023                                    By: _____
                                                        Benjamin Gubernick (SBN 321883)
                                                        **GUBERNICK LAW P.L.L.C.**
                                                        10720 W. Indian School Rd.,
                                                        Suite 19, PMB 12
                                                        Phoenix, AZ 85037
                                                        623-252-6961
                                                        ben@gubernicklaw.com

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served via the CM/ECF system on June 2, 2023, to all attorneys of record in this matter, and to the following via email:

Scott Cameron
Assistant Attorney General
Litigation Division Director
New Mexico Office of the Attorney General
Email: scameron@nmag.gov

Lauren Keefe
City Attorney
City of Albuquerque
Email: lkeefe@cabq.gov

Taylor S. Rahn
Robles, Rael & Anaya, P.C.
Email: taylor@roblesrael.com

By: /s/ Benjamin Gubernick
Benjamin Gubernick