UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HAROLD ATENCIO,**

    **Plaintiff,**
v.                                                Case No. 1:23-CV-00331-JFR-JMR

**SAM BREGMAN,**
   in his official capacity as
   the District Attorney of the
   Second Judicial District,

    **Defendant.**

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff, Harold Atencio.

                                                              Respectfully submitted,

Date: June 6, 2023                                    By: /s/ Sri Mullis
                                                                Sri Mullis (FBN: 15-36; SBN: 141551)
                                                                **GUBERNICK LAW P.L.L.C.**
                                                                10720 W. Indian School Rd.,
                                                                 Suite 19, PMB 12
                                                                 Phoenix, AZ 85037
                                                                 623-252-6961
                                                                 sri@gubernicklaw.com