IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HAROLD ATENCIO,**

      **Plaintiff,**

  v.                                       Case No. 1:23-cv-00331-JFR-JMR

**SAM BREGMAN,**
    in his official capacity as
    the District Attorney of the
    Second Judicial District,

      **Defendant.**

### DECLARATION OF BENJAMIN GUBERNICK

My name is Benjamin Gubernick. I am adult over the age of 18, and counsel of record for Plaintiff Harold Atencio in the above-captioned matter. Under penalty of perjury, I state as follows:

1. Attached as Exhibit 1 is a true and correct copy of HB 10 legislation ("HHHC Committee Substitute 3/8/23" version) last viewed and downloaded from https://www.nmlegis.gov/Sessions/23%20Regular/bills/house/HB0010HCS.pdf on May 17, 2023.

2. Attached as Exhibit 2 is a true and correct copy of the Albuquerque Journal article "*Bill seeks to bring transparency to New Mexico's beleaguered CYFD*" last viewed and downloaded from https://www.abqjournal.com/2579541/bill-seeks-to-bring-transparency-to-new-mexicos-beleaguered-cyfd.html on June 12, 2023.

3. Attached as Exhibit 3 is a true and correct copy of the Albuquerque Journal article "*CYFD transparency bill sails through House Health and Human Services Committee*" last

viewed and downloaded from https://www.abqjournal.com/2579703/cyfd-transparency-bill-sails-through-house-health-and-human-services-committee-2.html on June 12, 2023.

4. Attached as Exhibit 4 is a true and correct copy of the Santa Fe New Mexican article "*Governor won't call special session to address CYFD issues*" last viewed and downloaded from https://www.santafenewmexican.com/news/legislature/governor-wont-call-special-session-to-address-cyfd-issues/article_87d196a8-e2a9-11ed-a39e-d3af4687799b.html on May 17, 2023.

Signed and sworn this 12th day of June of 2023 in Harris County, Texas.

_____
Benjamin Gubernick