# Search

Skip to Main Content Logout My Account Search Menu Search Refine Search                                                                                                    Location : All Courts

**Record Count:** 168
**Search By:** Attorney   **Party Search Mode:** Name   **Last Name:** atencio   **First Name:** harold   **All** All   **Date Filed On or After:** 01/01/2012   **Sort By:** Filed Date

| Case Number | Citation Number | Style/Defendant Info | Filed/Location/Judicial Officer | Type/Status | Charge(s) |
|---|---|---|---|---|---|
| T-4-TR-2012-005960 | 0220044440931 0220044440923 | STOVER, VOL 04/11/1955 | 02/14/2012 Bernalillo Metropolitan Gonzales, Yvette K. | Traffic File Destroyed | FAILURE TO YIELD TO EMER EQUIP NOT CARRYING PROOF OF FINANCIAL RESPONSIBILITY |
| D-202-DM-2012-00940 | | STATE OF NM (HSD) & OLIVIA CHAVEZ v. Josephine Barela | 02/28/2012 Whitefield, Elizabeth | Child Support Enforcement Final Closed | |
| D-101-CV-2012-01116 | | Kevin Loeffler v. State of New Mexico ex rel Children Youth and Families Department | 04/19/2012 Vigil, Barbara J. | Civil Administrative Appeal - Plaintiff Appellant Final Closed | |
| D-202-DM-2012-02698 | | p Rose Marie Atencio v. Gabriel Atencio IN RE: THE APPOINTMENT OF A KINSHIP GUARDIAN FOR SONRISA A ATENCIO | 06/19/2012 Baker, Amber Chavez | Dissolution With Custody Final Closed | |
| D-1329-PB-2012-00065 | | In The Matter Of Richard Velarde, et. al. | 07/13/2012 Davis, John F. | Probate Trust Final Closed | |
| D-1329-PB-2012-00068 | | In The Matter Of Ruben L. Garcia | 07/23/2012 McDonald, Louis P. | Probate Informal, No Will Final Closed | |
| D-202-DM-2012-03212 | | WILLIAM ISAIAH BRADY, et. al., v. LEAH CANDELARIA | 07/24/2012 Walker, Deborah Davis | Domestic Matters Miscellaneous Final Closed | |
| D-1314-CV-2012-00931 | | Michael Ambrose Burkhart, et. al., v. State of New Mexico, ex rel Children, Youth and Families Department | 08/09/2012 Sanchez, William A. | Miscellaneous Civil Closed Consolidated | |
| D-1329-DM-2012-00601 | | Human Services Department - Bernalillo v. Jordan A. Proehl | 09/06/2012 Davis, John F. | Child Support Final Closed | |
| D-1329-PB-2012-00095 | | In The Matter Of Varanasi Rama Murthy | 10/24/2012 Davis, John F. | Probate Formal, Will Final Closed | |
| D-1329-DM-2012-00796 | | Maria B. Burnheimer v. Jordan A. Proehl | 11/21/2012 Davis, John F. | Parentage Final Closed | |
| D-202-DM-2012-05002 | | BRYAN RENTERIA v. NICOLE SERNA v. STATE OF NEW MEXICO (HSD) | 12/04/2012 Ramirez, Debra | Child Support Enforcement Final Closed | |
| D-202-PB-2013-00038 | | In The Matter Of Ronald D Quinones | 01/17/2013 Franchini, Nancy J. | Probate Informal, Will Final Closed | |
| M-60-FR-2013-00040 | | Vanderwagon, Patricia 04/17/1977 | 02/12/2013 Hawkes, Danny H. | Felony File Destroyed | Abuse of a child - (no death or great bodily harm) (first offense) Abuse of a child - (no death or great bodily harm) (first offense) |
| D-1329-PB-2013-00013 | | In The Matter Of Cleotilde L. & Richard Velarde | 02/20/2013 Eichwald, George P. | Probate Informal, Will Final Closed | |
| D-1329-PB-2013-00047 | | In The Matter Of Angie J. Chavez | 04/23/2013 Eichwald, George P. | Probate Informal, Will Final Closed | |
| D-202-CV-2013-04926 | | Wells Fargo Bank NA v. Josie W Martinez, et. al. | 06/10/2013 Nash, Nan G. | Real Estate Final Closed | |
| D-1329-DM-2013-00496 | | In The Matter Of FELT, TALIYAH SARAH PRIS, et. al. | 07/16/2013 Davis, John F. | Domestic Kinship/Guardianship Final Closed | |
| D-202-CV-2013-05895 | | Mary Saunders v. State of NM Children Youth | 07/18/2013 Ortega, Lisa Chavez | Civil Administrative Appeal - Plaintiff Appellant Appealed | |

EXHIBIT
___A___

| | | | |
|---|---|---|---|
| | and Families Department | | |
| D-202-CV-2013-05863 | Conrad Anthony Felt, et. al., v. State of New Mexico, ex rel Children, Youth and Families Department | 07/19/2013<br>Baca, Theodore C. | Miscellaneous Civil<br>Final Closed |
| D-1329-CV-2013-01477 | Kyle Sanders v. CJ Peterson | 07/26/2013<br>Eichwald, George P. | Contract/Debt & Money Due<br>Final Closed |
| D-117-DM-2013-00149 | In The Matter Of LARAMORE, ENOLLA, et. al. | 08/30/2013<br>Lamar, Sylvia F. | Domestic Kinship/Guardianship<br>Final Closed |
| D-202-DV-2013-01613 | Pat Benavidez v. HERMAN LAWRENCE TRUJILLO | 09/13/2013<br>Hart, Alisa | Domestic Violence<br>Final Closed |
| D-202-PB-2013-00453 | In The Matter Of Emelina J. Benavidez | 09/24/2013<br>Nash, Nan G. | Probate Formal, Will<br>Final Closed |
| D-307-SA-2013-00041 | In The Matter Of Brandon Luke Baldwin | 10/28/2013<br>3rd District<br>Kugler, Darren M. | Adult Adoption<br>Final Closed |
| D-1314-DM-2013-00612 | In The Matter Of Glass, Justice | 11/08/2013<br>Sanchez, James Lawrence | Domestic Kinship/Guardianship<br>Final Closed |
| M-45-CV-2013-01062 | Gloria Chavez, Plaintiff(s) v. Danny Chavez, Defendant(s) | 11/19/2013<br>Maxwell-Chavez, Ann | Forcible Detainer<br>Dispositioned Item Due |
| T-4-CV-2013-015870 | AB Properties v. Marrufo, Christina | 11/21/2013<br>Bernalillo Metropolitan<br>Sedillo, Frank A. | Landlord Tenant<br>File Destroyed |
| D-202-CV-2014-00274 | In The Matter Of Baby Cage | 01/10/2014<br>Brickhouse, Beatrice J. | Miscellaneous Civil<br>Final Closed |
| D-1329-PB-2014-00018 | In The Matter Of Earl Edward Clibborn | 02/28/2014<br>McDonald, Louis P. | Probate Informal, No Will<br>Final Closed |
| D-202-DM-2014-00977 | Michael Sims v. Ashley Sims | 03/12/2014<br>Ramirez, Debra | Dissolution With Custody<br>Final Closed |
| D-1329-DM-2014-00173 | In The Matter Of Hill, Erica | 03/12/2014<br>Johnston, Cheryl H. | Domestic Kinship/Guardianship<br>Final Closed |
| D-1314-CV-2014-00410 | Becky Speed v. Children, Youth and Family Department | 04/14/2014<br>Sanchez, James Lawrence | Miscellaneous Civil<br>Final Closed |
| D-202-CV-2014-02653 | Wells Fargo Bank NA v. Nestor Campos, et al. | 04/15/2014<br>Brickhouse, Beatrice J. | Real Estate<br>Final Closed |
| D-202-CV-2014-02788 | In the Matter of the Minor Child Baby Sowar | 04/21/2014<br>Butkus, Carl J. | Miscellaneous Civil<br>Final Closed |
| D-202-PB-2014-00221 | In The Matter Of Betty J Robertson | 04/28/2014<br>Lopez, Victor S. | Probate Formal, Will<br>Final Closed |
| T-4-CV-2014-005890 | AB Properties v. Marrufo, Christina | 04/29/2014<br>Bernalillo Metropolitan<br>Allred, Rosie Lazcano | Landlord Tenant<br>Dispositioned Item Due |
| D-202-PB-2014-00240 | In The Matter of Betty J Robertson | 05/08/2014<br>Baca, Theodore C. | Probate Formal, No Will<br>Final Closed |
| D-202-CV-2014-03383 | Peoples Bank v. Jack T Vigil (PR), et al. | 05/14/2014<br>Campbell, Clay | Real Estate<br>Final Closed |
| D-1329-CV-2014-00694 | Peoples Bank v. Jack T. Vigil, et. al. | 05/14/2014<br>Davis, John F. | Contract/Debt & Money Due<br>Final Closed |
| D-202-CV-2014-04076 | Brandon Banas, et al., v. Michael Mills | 06/16/2014<br>Fuller, Ned | Tort Auto<br>Final Closed |
| D-202-PB-2014-00318 | In The Matter Of Molly B Garcia | 06/27/2014<br>Allison, Joshua Andrew | Probate Formal, Will<br>Appealed |
| D-202-PB-2014-00335 | In The Matter Of Steven Theis | 07/09/2014<br>Huling, Valerie | Probate Informal, No Will<br>Final Closed |
| D-202-PB-2014-00344 | In The Matter Of Josie W Martinez | 07/16/2014<br>Butkus, Carl J. | Probate Informal, Will<br>Final Closed |
| D-202-DM-2014-03945 | Amber Nicole Reif v. Jeremiah Smith | 10/08/2014<br>Walker, Deborah Davis | Dissolution<br>Final Closed |
| D-202-PB-2014-00506 | In The Matter Of Selene Schachter | 10/10/2014<br>Lopez, Victor S. | Probate Informal, Will<br>Final Closed |
| D-202-PB-2014-00564 | In The Matter Of Gertrude Pell | 11/13/2014<br>Barela-Shepherd, Denise | Probate Informal, Will<br>Final Closed |
| D-1329-CV-2014-01674 | Gloria Chavez v. Danny Chavez | 12/12/2014<br>Davis, John F. | Miscellaneous Civil<br>Final Closed |

| Case Number | Title | Date / Judge | Type / Status | Notes |
|---|---|---|---|---|
| D-202-CV-2014-07841 | In The Matter Of Minor Child Baby Courteille | 12/18/2014 Butkus, Carl J. | Miscellaneous Civil Final Closed | |
| D-202-PB-2014-00625 | In The Matter Of Patricia Youngman Taylor | 12/24/2014 Huling, Valerie | Probate Informal, Will Final Closed | |
| D-202-DV-2015-00066 | Vincent Ortiz v. Jennifer Ross | 01/12/2015 Ramirez, Debra | Domestic Violence Final Closed | |
| D-117-PB-2015-00001 | In The Matter Of Anselmo J. Garcia | 01/13/2015 Attrep, Jennifer L. | Probate Intestate Ancillary Final Closed | |
| D-202-PB-2015-00081 | In The Matter Of Jose Lopez, Jr. | 02/20/2015 Nash, Nan G. | Probate Informal, Will Final Closed | |
| D-202-SA-2015-00037 | In The Matter Of Alex R. Garcia, Jr. | 04/01/2015 Lavelle, Gerard J. | Adult Adoption Final Closed | |
| D-202-CV-2015-02684 | Juan Ambriz, et al.. v. Phillip G Chavez, et al. | 04/07/2015 Barela-Shepherd, Denise | Contract/Debt & Money Due Final Closed | |
| D-202-PB-2015-00202 | In The Matter Of ANTONIO J HERRERA, Sr. | 05/01/2015 Brickhouse, Beatrice J. | Probate Informal, No Will Final Closed | |
| D-202-PB-2015-00268 | In The Matter Of Millicent N Garcia | 06/10/2015 Franchini, Nancy J. | Probate Informal, Will Final Closed | |
| T-4-CV-2015-008144 | Devereaux, Janice v. Atencio, Harold & Baca, Frank | 07/09/2015 Bernalillo Metropolitan Ramczyk, Daniel E. | General Civil Final Closed | |
| D-202-PB-2015-00322 | In The Matter Of Esther Lezak | 07/10/2015 Malott, Alan | Probate Formal, Will Final Closed | |
| D-1116-CV-2015-00897 | In The Matter of Ava Olivia Carlsson | 07/29/2015 Marsh, Daylene | Miscellaneous Civil Final Closed | |
| D-202-PB-2015-00371 | In The Matter Of The Estate of Barbara Antoinette Thomas | 07/31/2015 Butkus, Carl J. | Probate Formal, No Will Final Closed | |
| D-1329-DM-2015-00495 | In Re Matter of Leonardo Morozowski De Freitas and Carolina Morozowski De Freitas, Children | 08/24/2015 Johnston, Cheryl H. | Domestic Matters Miscellaneous Final Closed | |
| D-202-PB-2015-00433 | In The Matter Of Letitia J Reid | 09/01/2015 Brickhouse, Beatrice J. | Probate Informal, Will Final Closed | |
| D-202-DM-2015-03571 | Dan Yamin v. Cynthia LouAnn Sena | 10/09/2015 Whitefield, Elizabeth | Parentage Final Closed | |
| D-202-DM-2015-04015 | DO NOT FILE IN THIS CASE; CASE CONSOLIDATED c In The Matter Of Atencio, Sonrisa Adriana | 11/17/2015 Walker, Deborah Davis | Domestic Kinship/Guardianship Closed Consolidated | |
| D-1116-DM-2015-00883 | Andrew Bassett / Christopher Hinton v. Ashley Smith | 11/19/2015 Marsh, Daylene | Parentage Final Closed | |
| T-4-CR-2015-015595 | OROZCO, ELIZABETH 10/18/1959 | 11/24/2015 Bernalillo Metropolitan Rogers, Linda S. | Criminal Final Closed | Alarm User Operating an Alarm System Without a Valid Permit |
| D-1113-DM-2015-00219 | Boris Bernhard Weber v. Charline Rochelle Marie Gomes | 12/03/2015 DePauli, Louis E., Jr. | Parentage Final Closed | |
| D-202-CV-2016-01013 | Carmen Michelle Martinez v. Francine D Marquez, et al. | 02/16/2016 Campbell, Clay | Tort Auto Final Closed | |
| D-101-DM-2016-00190 | Andrea Cermanski, et. al., v. Not Applicable | 03/11/2016 Wilson, Matthew Justin | Domestic Matters Miscellaneous Final Closed | |
| D-307-PB-2016-00035 | In The Matter Of David A Buse | 04/19/2016 3rd District Rosner, Mary | Probate Informal, Will Final Closed | |
| D-202-PB-2016-00203 | In The Matter Of Horacio D Vigil | 04/19/2016 Lopez, Victor S. | Probate Informal, Will Final Closed | |
| D-202-CV-2016-02935 | Genesis Healthcare - Las Palomas Center v. Randal Steger | 05/09/2016 Campbell, Clay | Contract/Debt & Money Due Final Closed | |
| D-1329-SA-2016-00013 | In The Matter Of Selena Alicia Hayset. al. | 05/20/2016 McDonald, Louis P. | Adult Adoption Final Closed | |
| D-202-DM-2016-01965 | IRENE MISIEWICZ v. EVANGELINE T GONZALES | 06/21/2016 Walker, Deborah Davis | Domestic Matters Miscellaneous Final Closed | |

| Case Number | Caption | Date | Type / Status |
|---|---|---|---|
| D-1329-DM-2016-00358 | In The Matter of the Minor Child Dvir Israel Krul | 06/23/2016 Johnston, Cheryl H. | Domestic Matters Miscellaneous Final Closed |
| D-307-CV-2016-01452 | Alexander Pryor v. Roes E Alvarez | 06/24/2016 3rd District Rosner, Mary | Miscellaneous Civil Final Closed |
| D-1329-DM-2016-00437 | Dimitry Mikhaylov v. Christina Snow | 07/19/2016 Johnston, Cheryl H. | Parentage Final Closed |
| D-202-CV-2016-04959 | Nationstar Mortgage LLC v. Matthias Diedrich, et al. | 08/11/2016 Franchini, Nancy J. | Real Estate Final Closed |
| D-202-JV-2016-00003 | In The Matter Of Alejandra Ibarra-Chu | 08/18/2016 Ward, Marie | Juvenile Emancipation Final Closed |
| D-202-DM-2016-02921 | Gilbert M Gonzales v. Rocci E Lortz | 09/14/2016 Walker, Deborah Davis | Parentage Final Closed |
| D-202-CV-2016-06147 | LIVE WELL FINANCIAL INC v. NORMA SWISHER (PR), et al. | 10/03/2016 Campbell, Clay | Real Estate Final Closed |
| D-202-CV-2016-07204 | Thomas Kosick vs Dominic Matthew Vargas et al | 11/16/2016 Brickhouse, Beatrice J. | Miscellaneous Civil Final Closed |
| D-202-CV-2016-07359 | Wells Fargo Bank NA v. Phillip George Chavez, et al. | 11/22/2016 Huling, Valerie | Real Estate Final Closed |
| D-1116-PB-2016-00072 | In The Matter Of: The Wrongful Death Estate of Mary Lou Bennett | 12/22/2016 Dalley, Bradford J. | Probate Miscellaneous Final Closed |
| D-202-PB-2017-00003 | In The Matter Of Marlys E Barbone | 01/04/2017 Ramczyk, Daniel E. | Probate Formal, Will Final Closed |
| D-721-DM-2017-00004 | In The Matter Of Baldwin-Johnson, Korbyn | 01/18/2017 Reynolds, Matthew G. | Domestic Kinship/Guardianship Final Closed |
| D-202-PB-2017-00054 | In The Matter Of Concepcion Jaramillo | 02/01/2017 Brickhouse, Beatrice J. | Probate Informal, Will Final Closed |
| D-202-PB-2017-00055 | In The Matter Of Bernard O Jaramillo | 02/01/2017 Ramczyk, Daniel E. | Probate Informal, No Will Final Closed |
| D-202-PB-2017-00056 | In The Matter Of Bernie O Jaramillo | 02/01/2017 Ramczyk, Daniel E. | Probate Informal, No Will Final Closed |
| D-1329-PB-2017-00017 | In The Matter Of Ruthann Hopkins | 02/22/2017 McDonald, Louis P. | Probate Informal, No Will Final Closed |
| D-1329-PB-2017-00028 | In The Matter Of: Ruthven John Hammer | 03/22/2017 McDonald, Louis P. | Probate Miscellaneous Final Closed |
| D-1116-CV-2017-00602 | Patrick Fierro v. Jo Vella Blinzler | 05/08/2017 Dalley, Bradford J. | Tort Final Closed |
| D-202-CV-2017-03757 | In The Matter Of The Name Change of Richard Ralph Roybal | 05/26/2017 Lopez, Victor S. | Name Change Final Closed |
| D-101-CV-2017-01555 | In The Matter Of The Minor Children Caellum Ray Fontes And Emmerich Daniel Fontes | 06/05/2017 Ortiz, Raymond Z. | Miscellaneous Civil Final Closed |
| D-1116-DM-2017-00480 | ALICIA WHITE V JENNIFER LAWSON | 06/30/2017 Marsh, Daylene | Domestic Kinship/Guardianship Final Closed |
| D-202-SA-2017-00080 | In The Matter Of Jason Shields | 07/25/2017 Parnall, William | Adult Adoption Final Closed |
| D-1329-CV-2017-01980 | Census Federal Credit Union v. Dolly Kauley, et. al. | 09/18/2017 Davis, John F. | Real Estate Final Closed |
| D-820-CV-2017-00381 | Randy C. Branch v. Connie Branch, as acting successor Trustee of The Joe A. Branch Family Trust; Consuelo Branch, as Personal Representative of the Estate of Joe A. Branch, Jr. and Consuelo Branch, Individually | 09/25/2017 McElroy, Jeff F. | Miscellaneous Civil Final Closed |
| D-1329-PB-2017-00100 | In The Matter Of Timothy J Brady | 09/27/2017 Eichwald, George P. | Probate Informal, No Will Final Closed |

| Case Number | Caption | Filed Date / Judge | Type / Status |
|---|---|---|---|
| D-725-CV-2017-00170 | UNITED STATES DEPARRMENT OF AGRICULTURE RURAL DEVELOPMENT v. Monica J. Edmister | 09/27/2017<br>Reynolds, Matthew G. | Real Estate<br>Final Closed |
| D-1010-CV-2017-00119 | UNITED STATES OF AMERICA, ACTING THROUGH THE RURAL HOUSING SERVICE v. Jacklyn D. Hendrickson | 10/02/2017<br>Mitchell, Albert J., Jr. | Real Estate<br>Stayed, Foreclosure Project |
| D-1116-CV-2017-01450 | UNITED STATES OF AMERICA, ACTING THROUGH THE RURAL HOUSING SERVICE v. Curley Montoya | 10/02/2017<br>Marsh, Daylene | Real Estate<br>Final Closed |
| D-722-CV-2017-00226 | UNITED STATES OF AMERICA, ACTING THROUGH THE RURAL HOUSING SERVICE v. Kathleen Quinn, et. al. | 10/17/2017<br>Reynolds, Matthew G. | Real Estate<br>Final Closed |
| D-722-CV-2017-00235 | UNITED STATES OF AMERICA, ACTING THROUGH THE RURAL HOUSING SERVICE v. La Vern E. Brett, et. al. | 10/19/2017<br>Murdock, Shannon | Real Estate<br>Final Closed |
| D-619-CV-2017-00364 | UNITED STATES OF AMERICA, ACTING THROUGH THE RURAL HOUSING SERVICE v. Charlotte House | 10/19/2017<br>Hofacket, Jarod K. | Real Estate<br>Final Closed |
| D-608-CV-2017-00342 | UNITED STATES OF AMERICA, ACTING THROUGH THE RURAL HOUSING SERVICE v. Andrea Vargas, et. al. | 10/19/2017<br>Aldrich, Timothy L. | Real Estate<br>Final Closed |
| D-1116-CV-2017-01591 | UNITED STATES OF AMERICA, ACTING THROUGH THE RURAL HOUSING SERVICE v. Perry L. Kirk Jr. | 10/24/2017<br>Marsh, Daylene | Real Estate<br>Final Closed |
| D-117-CV-2017-00613 | Randy C Branch v. Consuelo Branch | 10/31/2017<br>Lidyard, Jason | Miscellaneous Civil<br>Final Closed |
| D-202-DM-2017-03348 | Gavin James Rush v. Stephanie J Chavira | 11/01/2017<br>Lavelle, Gerard J. | Custody and Visitation<br>Final Closed |
| D-101-CV-2017-03227 | Genesis Healthcare v. New Mexico Department of Health and Social Services Division of Social Services | 11/10/2017<br>Biedscheid, Bryan | Civil Administrative Appeal - Plaintiff Appellant<br>Final Closed |
| D-307-CV-2017-03742 | United States of America, Acting Through The Rural Housing Service v. Roberto Javier | 11/17/2017<br>3rd District<br>Beyer, Marci | Real Estate<br>Final Closed |
| D-1314-DM-2018-00007 | DANIEL LUGO v. Jess Weston, et. al. | 01/05/2018<br>Smith, Allen R. | Domestic Matters Miscellaneous<br>Final Closed |
| D-202-CV-2018-00177 | Randy Swisher vs Allen Carver et al. | 01/09/2018<br>Nash, Nan G. | Miscellaneous Civil<br>Final Closed |
| D-202-PB-2018-00040 | In The Matter Of Emily S Martinez | 01/29/2018<br>Lopez, Victor S. | Probate Formal, Will<br>Final Closed |
| D-202-PB-2018-00051 | In The Matter Of David Michael Graston | 02/05/2018<br>Chavez, Benjamin | Probate Informal, No Will<br>Final Closed |
| D-101-DM-2018-00202 | In The Matter Of Martinez, Priscilla, et. al. | 04/02/2018<br>Lamar, Sylvia F. | Domestic Kinship/Guardianship<br>Final Closed |

| Case Number | Parties | Date / Judge | Type / Status |
|---|---|---|---|
| D-202-DM-2018-01013 | Rudy Lopez v. Victoria Marie Castillo | 04/02/2018<br>Walker, Deborah Davis | Parentage<br>Final Closed |
| D-202-DM-2018-01120 | Audrey Gail Wells v. Sarah Marie Tamosaitis | 04/11/2018<br>Levy, Jane C. | Parentage<br>Final Closed |
| D-307-DM-2018-00536 | Scott Howard Achen v. Aaron M. Boyer | 04/26/2018<br>3rd District<br>Rosner, Mary | Parentage<br>Final Closed |
| D-202-SA-2018-00044 | In The Matter Of Estrella Ramirez | 06/07/2018<br>Levy, Jane C. | Adult Adoption<br>Final Closed |
| D-202-SA-2018-00045 | In The Matter Of Angelica Celeste Di Giacomo-Meyer | 06/07/2018<br>Levy, Jane C. | Adult Adoption<br>Final Closed |
| D-202-DM-2018-01969 | Dan Yamin v. Cynthia LouAnn Sena | 06/26/2018<br>Lavelle, Gerard J. | Parentage<br>Final Closed |
| D-1333-DM-2018-00078 | In The Matter Of Lopez-Griego, Olivia | 07/16/2018<br>Villalobos, Amanda Sanchez | Domestic Kinship/Guardianship<br>Final Closed |
| D-202-CV-2018-07047 | Fred Rivera, et al., v. Janelle CdeBaca | 09/25/2018<br>Butkus, Carl J. | Miscellaneous Civil<br>Final Closed |
| D-202-SA-2018-00101 | In The Matter Of Marina Ortega | 11/20/2018<br>Levy, Jane C. | Adult Adoption<br>Final Closed |
| T-4-CV-2019-001485 | AB PROPERTIES v. Lovato, Shaun | 01/23/2019<br>Bernalillo Metropolitan<br>Sedillo, Frank A. | Landlord Tenant<br>Dispositioned Item Due |
| T-4-CV-2019-001486 | AB PROPERTIES v. Addison, Stephon D | 01/23/2019<br>Bernalillo Metropolitan<br>Ramczyk, Daniel E. | Landlord Tenant<br>Dispositioned Item Due |
| D-1314-DV-2019-00030 | Katherine Caldwell v. Jimmy Roy Caldwell | 02/01/2019<br>Smith, Allen R. | Domestic Violence<br>Final Closed |
| D-202-CV-2019-00909 | Wells Fargo Bank NA v. Barbara A Thomas (Estate), et al. | 02/01/2019<br>Lopez, Victor S. | Real Estate<br>Final Closed |
| D-202-PB-2019-00067 | In The Matter of Ignacio Perez Jr | 02/04/2019<br>Barela-Shepherd, Denise | Probate Formal, No Will<br>Final Closed |
| D-1314-DM-2019-00075 | In The Matter Of Caldwell, Monty Cash | 02/13/2019<br>Smith, Allen R. | Domestic Kinship/Guardianship<br>Final Closed |
| D-722-PB-1985-00014 | In The Matter Of Andres Acosta Sagisi | 02/27/2019<br>Murphy, Mercedes C. | Probate Intestate Ancillary<br>Final Closed |
| D-202-DM-2019-00837 | In The Matter Of Chavez, Adelina | 03/13/2019<br>Baker, Amber Chavez | Domestic Kinship/Guardianship<br>Final Closed |
| D-1329-DM-2019-00281 | Michael Ellis and Lori Ellis v. Amanda Arnold and Jon Florez INMO Appointment of a Kinship Guardian for minor child | 05/21/2019<br>Johnston, Cheryl H. | Domestic Kinship/Guardianship<br>Final Closed |
| D-202-CV-2019-04107 | In The Matter Of The Name Change of Isabella Elena Lopez | 05/23/2019<br>Franchini, Nancy J. | Name Change<br>Final Closed |
| D-202-SA-2019-00109 | In The Matter Of Magdalena Andrea Quintana | 09/09/2019<br>Levy, Jane C. | Adult Adoption<br>Final Closed |
| D-202-CV-2019-07182 | In the Matter of J M | 09/13/2019<br>Allison, Joshua Andrew | Minor Settlement<br>Final Closed |
| D-202-CV-2019-07987 | In the Matter of the Wrongful Death Estate of Amy Conway Huaman | 10/16/2019<br>Barela-Shepherd, Denise | Wrongful Death Personal Representative<br>Final Closed |
| D-202-DM-2019-03306 | In The Matter Of Griesemer, Jayla M | 10/29/2019<br>Lavelle, Gerard J. | Domestic Kinship/Guardianship<br>Final Closed |
| D-202-PB-2019-00601 | In The Matter Of John A Falter | 10/29/2019<br>Barela-Shepherd, Denise | Probate Formal, Will<br>Final Closed |
| D-809-DM-2019-00079 | Julissa Mendez v. Richard Tanner | 11/12/2019<br>Kennelly, Melissa A. | Domestic Matters Miscellaneous<br>Final Closed |
| D-809-DV-2019-00063 | Richard Tanner v. Julissa Mendez Tanner | 12/02/2019<br>Kennelly, Melissa A. | Domestic Violence<br>Final Closed |
| D-202-DV-2020-00035 | Brianna Romero, v. Jacob Montoya, a Minor, by and through, David Montoya | 01/07/2020<br>Ramirez, Debra | Domestic Violence<br>Final Closed |
| D-202-SA-2020-00012 | In The Matter Of Ashley Ariel Santistevan | 02/03/2020<br>Levy, Jane C. | Adult Adoption<br>Final Closed |

| Case Number | Caption | Filed Date / Judge | Type / Status |
|---|---|---|---|
| D-202-PB-2020-00091 | In The Matter Of Melvin M Blackburn | 02/19/2020 O'Connell, Erin B. | Probate Formal, Will Final Closed |
| D-101-DM-2020-00219 | Brenda C Baca Baca v. Mario Baca Padilla | 04/06/2020 Broderick Bulman, Shannon | Parentage Final Closed |
| D-101-DM-2020-00220 | Brenda C Baca Baca v. Luis Daniel Ramirez Zuniga | 04/06/2020 Lamar, Sylvia F. | Parentage Final Closed |
| D-202-CV-2020-04717 | Peak Legal Group LLC v. Samuel Chavez, et al. | 08/18/2020 Ortega, Lisa Chavez | Other Final Closed |
| D-202-CV-2020-05320 | In The Matter Of The Name Change of Lynessa Christine Chavez | 09/21/2020 Chavez, Benjamin | Name Change Final Closed |
| D-202-DM-2021-00238 | In The Matter Of Olson-Stiriti, Greyson K | 01/27/2021 Lavelle, Gerard J. | Domestic Kinship/Guardianship Final Closed |
| D-202-SA-2021-00022 | In The Matter Of Nathaniel Michael Townsendet. al. | 03/12/2021 Levy, Jane C. | Adult Adoption Final Closed |
| D-1329-SA-2021-00008 | In The Matter Of Alexandria Christine Redler | 04/12/2021 Perez, Christopher | Adult Adoption Final Closed |
| D-202-DM-2021-01205 | In The Matter Of Herrington, Isaiah M, et. al. | 05/10/2021 Levy, Jane C. | Domestic Kinship/Guardianship Final Closed |
| D-202-DM-2021-01396 | In The Matter Of Lofties, Desirae K | 05/28/2021 Levy, Jane C. | Domestic Kinship/Guardianship Final Closed |
| D-506-DM-2021-00395 | In The Matter Of Flournoy, Erich | 08/10/2021 Sanchez, Mark | Domestic Kinship/Guardianship Final Closed |
| T-4-CV-2021-010447 | AB Properties v. Fraser, Natasha & Varela, Joshua | 12/08/2021 Bernalillo Metropolitan Sedillo, Frank A. | Landlord Tenant Final Closed |
| D-506-DM-2022-00043 | In The Matter Of Meyn, Baby Girl | 01/31/2022 Sanchez, Mark | Domestic Kinship/Guardianship Final Closed |
| T-4-CV-2022-002355 | AB Properties v. Fraser, Natasha & Varela, Joshua | 03/22/2022 Bernalillo Metropolitan Jaramillo, Jason M. | Landlord Tenant Dispositioned Item Due |
| T-4-CV-2022-004046 | AB Properties v. Moreno, Melanie & Rosas, Emmanual | 05/18/2022 Bernalillo Metropolitan Allred, Rosie Lazcano | Landlord Tenant Dispositioned Item Due |
| D-202-CV-2022-03188 | AB Properties v. Melanie Moreno, et al. | 06/08/2022 Ramczyk, Daniel E. | Real Estate Final Closed |
| D-202-PB-2022-00546 | In The Matter Of Ezequiel Polbano Torres | 06/27/2022 Ortega, Lisa Chavez | Probate Informal, No Will Pending |
| D-202-DM-2022-02750 | Daniela Torres Hernandez v. Eduardo E Arreola Arreola | 11/04/2022 Baker, Amber Chavez | Parentage Pending |
| D-1314-DM-2023-00007 | In The Matter Of Williams, Ryan Michael | 01/06/2023 Smith, Allen R. | Domestic Kinship/Guardianship Final Closed |
| D-1329-SA-2023-00001 | In The Matter Of Isaiah Merl Smith | 01/11/2023 Johnston, Cheryl H. | Adult Adoption Pending |
| D-1314-DM-2023-00069 | In The Matter Of Romero, Christian | 02/24/2023 Smith, Allen R. | Domestic Kinship/Guardianship Appealed |
| D-101-SA-2023-00008 | In The Matter Of the Adoption Petition of Taralee Lathrop | 03/29/2023 Wilson, Matthew Justin | Adult Adoption Pending |
| D-307-DM-2023-00667 | Kaylin R. Doak v. N/A N/A | 06/21/2023 3rd District Standridge, Mark D. | Parentage Pending |