# IDENTIFYING A COURT LOCATION WITH THE COURT CASE NUMBER

Each New Mexico court has a unique identifying number that is part of the case number. See the example below:

D-202-CR-2021-00100



202 is the location number for the Second Judicial District Court in Albuquerque. Below is a complete list of court case location numbers.

In the example, the "D" indicates it is a district court case. A magistrate court case number would display "M" and it would be "T" for a case in the Bernalillo County Metropolitan Court.

**NM COURT LOCATION NUMBERS**

| COURT | Location # |
|---|---|
| Bern. Co. Metropolitan Court | 4 |
| Reserve Magistrate | 5 |
| Roswell Magistrate | 7 |
| Raton Magistrate | 9 |
| Springer Magistrate | 10 |
| Clovis Magistate | 12 |
| Fort Sumner Magistrate | 13 |
| Las Cruces Magistrate | 14 |
| Anthony Magistate | 15 |
| Hatch Magistrate Circuit Court | 16 |
| Carlsbad Magistrate | 17 |
| Artesia Magistrate | 18 |
| Silver City Magistrate | 19 |
| Bayard Magistrate | 20 |
| Santa Rosa Magistrate | 21 |
| Roy Magistrate | 23 |
| Lordsburg Magistrate | 24 |
| Lovington Magistrate | 25 |
| Hobbs Magistrate | 26 |
| Jal Magistrate Circuit Court | 27 |
| Tatum Magistrate | 28 |
| Eunice Magistrate | 29 |
| Carrizozo Magistrate | 30 |
| Ruidoso Magistrate | 32 |
| Los Alamos Magistrate | 33 |
| Deming Magistrate | 34 |
| Gallup Magistrate | 35 |

EXHIBIT
B

| | |
|---|---|
| Thoreau Magistrate | 36 |
| Mora Magistrate | 37 |
| Alamogordo Magistrate | 38 |
| Tucumcari Magistrate | 40 |
| San Jon Magistrate Circuit Court | 41 |
| Espanola Magistrate | 43 |
| Portales Magistrate | 44 |
| Bernalillo Magistrate | 45 |
| Cuba Magistrate | 46 |
| Farmington Magistrate | 47 |
| Las Vegas Magistrate | 48 |
| Santa Fe Magistrate | 49 |
| Truth or Consequences Magistrate | 51 |
| Socorro Magistrate | 52 |
| Taos Magistrate | 53 |
| Questa Magistrate Circuit Court | 54 Closed |
| Moriarty Magistrate | 56 |

| Court | Number | |
|---|---|---|
| Clayton Magistrate | 58 | |
| Los Lunas Magistrate | 59 | |
| Belen Magistrate | 60 | |
| Grants Magistrate | 61 | |
| Santa Fe District | 101 | |
| Tierra Amarilla District | 117 | |
| Los Alamos District | 132 | |
| Aztec Magistrate | 147 | |
| Quemado Magistrate Circuit Court | 148 | Closed |
| Pojoaque Magistrate Circuit Court | 150 | |
| Chama Magistrate Circuit Court | 191 | |
| Estancia Magistrate Circuit Court | 192 | |
| Albuquerque District | 202 | |
| Las Cruces District | 307 | |
| Las Vegas District | 412 | |
| Santa Rosa District | 424 | |
| Mora District | 430 | |
| Carlsbad District | 503 | |
| Roswell District | 504 | |
| Lovington District | 506 | |
| Silver City District | 608 | |
| Deming District | 619 | |
| Lordsburg District | 623 | |
| Truth or Consequences District | 721 | |
| Estancia District | 722 | |
| Socorro District | 725 | |
| Reserve District | 728 | |
| Raton District | 809 | |
| Clayton District | 818 | |
| Taos District | 820 | |
| Clovis District | 905 | |
| Portales District | 911 | |
| Tucumcari District | 1010 | |
| Fort Sumner District | 1027 | |
| Mosquero District | 1031 | |
| Gallup District | 1113 | |
| Aztec District | 1116 | |
| Farmington District | 1116 | |
| Alamogordo District | 1215 | |
| Carrizozo District | 1226 | |
| Los Lunas District | 1314 | |
| Bernalillo District | 1329 | |
| Grants District | 1333 | |