IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HAROLD ATENCIO,**

      **Plaintiff,**
v.                                            Case No. 1:23-cv-00331-KWR-JMR

**SAM BREGMAN,**

      **in his official capacity as
the District Attorney of the
Second Judicial District,**

      **Defendant.**

### NOTICE OF COMPLETION OF BRIEFING

Plaintiff, Harold Atencio, by and through counsel gives notice that briefing is complete with respect to "Plaintiff's Motion for Preliminary Injunction" (Doc. 12). The following documents have been filed:

1. "Plaintiff's Motion for Preliminary Injunction" (Doc. 12) filed on June 12, 2023;

2. "Defendant Sam Bregman's Response to Plaintiff's Motion for Preliminary Injunction" (Doc. 20) filed on June 26, 2023;

3. "Plaintiff's Reply to Defendant Sam Bregman's Response to Plaintiff's Motion for Preliminary Injunction" (Doc. 21) filed on July 10, 2023;

3. Additionally, the Attorney General for the State of New Mexico filed a "Notice of State of New Mexico and New Mexico Attorney General's Position on Constitutionality of Statute" on July 10, 2023.

1

Respectfully submitted,

**GUBERNICK LAW P.L.L.C.**

Date: July 11, 2023

By:_____
Benjamin Gubernick (SBN 145006)
ben@gubernicklaw.com
Sri Mullis (SBN 141551)
sri@gubernicklaw.com
10720 W. Indian School Rd.,
Suite 19, PMB 12
Phoenix, AZ 85037
623-252-6961

<u>**CERTIFICATE OF SERVICE**</u>

  It is hereby certified that a true and correct copy of the foregoing notice was served via the CM/ECF system on July 11, 2023, to all attorneys of record in this matter.

By: <u>/s/ Benjamin Gubernick</u>
Benjamin Gubernick

2